# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER _18 CR 2442-DMS_ |
| vs ) | ABSTRACT OF ORDER |
| _Daniel Francisco Beltran-_ ) | Booking No. _26518198_ |
| _Avila_ ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _6/15/2018_

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____✓_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**DANA M. SABRAW**

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

OR

Received_____ (DUSM)

JOHN MORRILL          Clerk
by

Deputy Clerk
**J. KLOSTERMAN** 557-6399

CLERK'S COPY