**FILED**

JUN 1 5 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18CR2442-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DANIEL FRANCISCO BELTRAN-AVILA, | |
| 26518-198  Defendant. | |

**FILED**

JUN 1 8 2018

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18 U.S.C. 1326(a), (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:  JUNE 15, 2018

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

I have executed within Dismissal
Judgement and Commitment on 6/15/18
United States Marshal

By:_____
USMS Criminal Section